# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 26, 2017

Before

ILANA DIAMOND ROVNER, *Circuit Judge*
DIANE S. SYKES, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 15-2170 | UNITED STATES OF AMERICA, Plaintiff - Appellee <br><br> v. <br><br> DEANDRE ARMOUR, Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:13-cr-00159-SEB-DKL-1 <br> Southern District of Indiana, Indianapolis Division <br> District Judge Sarah Evans Barker |

The following is before the court: **MOTION PURSUANT TO 28 U.S.C. § 1651 AND/OR RULE 60(a) OF CIVIL PROCEDURE TO CORRECT A CLERICAL MISTAKE**, filed on May 30, 2017, by pro se Appellant.

Duryea Rogers moves to amend our opinion in the appeal of his co-defendant, Deandre Armour. *United States v. Armour*, No. 15-2170. Rogers explains that the opinion incorrectly states that he testified against Armour, and he asks us to correct the opinion to reflect that he did not cooperate with the government. The government responds that it does not object to the change. Therefore,

**IT IS ORDERED** that the opinion is **AMENDED** as follows:

In the last paragraph on page 2, the sentence that reads "Both testified against Armour, who went to trial" shall be replaced with the sentence "Hardy testified against Armour, who went to trial."

form name: **c7_Order_3J**(form ID: **177**)